UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

ROCKEFELLER PHOTOS, LLC

                                                 Plaintiffs,

v.

THE FOOD DEPOT, LLC dba FOOD DEPOT SUPERMARKET

                                                 Defendant.

Civil Action No.: 2:25-cv-14050-EP-JBC

**Document Electronically Filed**

**SUBSTITUTION OF ATTORNEY AND NOTICE OF APPEARANCE**

Notice is hereby given that Defendant, THE FOOD DEPOT, LLC dba FOOD DEPOT SUPERMARKET ("Food Depot"), substitutes Noemio A. Vellozzi, Esq. as counsel of record in place of Mark J. Ingber, Esq. and requests that Mark J. Ingber Esq. be removed from CM/ECF electronic notification service, the Court's and the parties' service lists in the above captioned case.

Noemio A. Vellozzi, Esq. of Vellozzi and Associates hereby enters his appearance and requests that all future notices, motions, applications, reports, stipulations, orders, pleadings, correspondences and papers given or filed in this action be given and served upon him via ECF at the address indicated below.

| | |
|---|---|
| Dated: October 1, 2025 | Dated: October 1, 2025 |
| | |
| VELLOZZI & ASSOCIATES | THE INGBER LAW FIRM |
| *Incoming Attorneys for Defendant* | *Outgoing Attorneys for Defendant* |
| *The Food Depot, LLC* | *The Food Depot, LLC* |
| | |
| By:  /s/ | By: */s/ Mark J. Ingber* |
|       Noemio A. Vellozzi, Esq. |       Mark J. Ingber |
| 112 Jabez Street, Ste 101 | 70 South Orange Ave, Ste. 105 |
| Newark, NJ 07105 | Livingston, NJ 07039 |