UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

Case No. 2:25-cv-14050

ROCKEFELLER PHOTOS, LLC

    Plaintiff,

v.

THE FOOD DEPOT, LLC d/b/a FOOD DEPOT SUPERMARKET and STARPRINT PUBLICATIONS, INC.,

    Defendants.

## ANSWER TO FIRST AMENDED COMPLAINT

The Defendant, The Food Depot, LLC, by way of Answer to the First Amended Complaint says:

### THE PARTIES

1. Defendant, The Food Depot, LLC, neither admits nor denies the allegations of the first paragraph of the First Amended Complaint and leaves Plaintiff to its proofs.

2. Defendant, The Food Depot, LLC, admits the allegations of the second paragraph of the First Amended Complaint.

3. Defendant, The Food Depot, LLC, neither admits nor denies the allegations of the third paragraph of the First Amended Complaint and leaves Plaintiff to its proofs.

### JURISDICTION AND VENUE

4. Defendant, The Food Depot, LLC, neither admits nor denies the allegations of the fourth paragraph of the First Amended Complaint and leaves Plaintiff to its proofs.

5. Defendant, The Food Depot, LLC, neither admits nor denies the allegations of the fifth paragraph of the First Amended Complaint and leaves Plaintiff to its proofs.

6. Defendant, The Food Depot, LLC, neither admits nor denies the allegations of the sixth

paragraph of the First Amended Complaint and leaves Plaintiff to its proofs.

## FACTS

7. Defendant, The Food Depot, LLC, neither admits nor denies the allegations of the seventh paragraph of the First Amended Complaint and leaves Plaintiff to its proofs.

8. Defendant, The Food Depot, LLC, neither admits nor denies the allegations of the eighth paragraph of the First Amended Complaint and leaves Plaintiff to its proofs.

9. Defendant, The Food Depot, LLC, neither admits nor denies the allegations of the ninth paragraph of the First Amended Complaint and leaves Plaintiff to its proofs.

10. Defendant, The Food Depot, LLC, neither admits nor denies the allegations of the tenth paragraph of the First Amended Complaint and leaves Plaintiff to its proofs.

11. Defendant, The Food Depot, LLC, neither admits nor denies the allegations of the eleventh paragraph of the First Amended Complaint and leaves Plaintiff to its proofs.

12. Defendant, The Food Depot, LLC, neither admits nor denies the allegations of the twelfth paragraph of the First Amended Complaint and leaves Plaintiff to its proofs.

13. Defendant, The Food Depot, LLC, admits the allegations of the thirteenth paragraph of the First Amended Complaint.

14. Defendant, The Food Depot, LLC, admits the allegations of paragraph fourteen of the First Amended Complaint.

15. Defendant, The Food Depot, LLC, neither admits nor denies the allegations of the fifteenth paragraph of the First Amended Complaint and leaves Plaintiff to its proofs.

16. Defendant, The Food Depot, LLC, admit that they did hire Starprint to create flyers for them.

17. Defendant, The Food Depot, LLC, neither admits nor denies the allegations of Seventeenth paragraph of the First Amended Complaint.

18. Defendant, The Food Depot, LLC, neither admits nor denies the allegations of the eighteenth paragraph of the First Amended Complaint and leaves Plaintiff to its proofs.

19. Defendant, The Food Depot, LLC, neither admits nor denies the allegations of the nineteenth paragraph of the First Amended Complaint and leaves Plaintiff to its proofs.

20. Defendant, The Food Depot, LLC, neither admits nor denies the allegations of the twentieth paragraph of the First Amended Complaint and leaves Plaintiff to its proofs.

21. Defendant, The Food Depot, LLC, denies the allegations of the twenty-first paragraph of the First Amended Complaint.

22. Defendant, The Food Depot, LLC, denies the allegations of the twenty-second paragraph of the First Amended Complaint.

23. Defendant, The Food Depot, LLC, denies the allegations of the twenty-third paragraph of the First Amended Complaint.

## Count 1 – COPYRIGHT INFRINGEMENT

24. Defendant, The Food Depot, LLC, repeat each and every answer to the allegations in paragraphs 1-23 of the First Amended Complaint as if same were set forth at length herein.

25. Defendant, The Food Depot, LLC, neither admits nor denies the allegations of the twenty-fifth paragraph of the First Amended Complaint and leaves Plaintiff to its proofs.

26. Defendant, The Food Depot, LLC, neither admits nor denies the allegations of the twenty-sixth paragraph of the First Amended Complaint and leaves Plaintiff to its proofs.

27. Defendant, The Food Depot, LLC, neither admits nor denies the allegations of the twenty-seventh paragraph of the First Amended Complaint and leaves Plaintiff to its proofs.

28. Defendant, The Food Depot, LLC, denies the allegations of paragraph Twenty Eight of the First Amended Complaint.

29. Defendant, The Food Depot, LLC, denies the allegations of paragraph Twenty Nine of the First Amended Complaint.

30. Defendant, The Food Depot, LLC, denies the allegations of paragraph Thirty of the First Amended Complaint.

31. Defendant, The Food Depot, LLC, denies the allegations of paragraph Thirty One of the First Amended Complaint.

32. Defendant, The Food Depot, LLC, denies the allegations of paragraph Thirty Two of the First Amended Complaint.

33. Defendant, The Food Depot, LLC, denies the allegations of paragraph Thirty Three of the First Amended Complaint.

34. Defendant, The Food Depot, LLC, denies the allegations of paragraph Thirty Four of the First Amended Complaint.

35. Defendant, The Food Depot, LLC, denies the allegations of paragraph Thirty Five of the First Amended Complaint.

36. Defendant, The Food Depot, LLC, denies the allegations of paragraph Thirty Six of the First Amended Complaint.

37. Defendant, The Food Depot, LLC, denies the allegations of paragraph Thirty Seven of the First Amended Complaint.

**WHEREFORE,** Defendant, The Food Depot, LLC, demand judgment dismissing the Complaint for failure to state a cause of action upon which relief can be granted together with counsel fees and costs.

## COUNT II-TORTIOUS INTERFERENCE WITH BUSINESS RELATIONS

38. Defendant, The Food Depot, LLC, repeat each and every answer to the allegations in paragraphs 1-38 of the First Amended Complaint as if same were set forth at length herein.

39. Defendant, The Food Depot, LLC, neither admits nor denies the allegations of the thirty-ninth paragraph of the First Amended Complaint and leaves Plaintiff to its proofs.

40. Defendant, The Food Depot, LLC, neither admits nor denies the allegations of the fortieth paragraph of the First Amended Complaint and leaves Plaintiff to its proofs.

41. Defendant, The Food Depot, LLC, denies the allegations of Paragraph Forty One of the First Amended Complaint.

42. Defendant, The Food Depot, LLC, denies the allegations of Paragraph Forty Two of the First Amended Complaint.

43. Defendant, The Food Depot, LLC, denies the allegations of Paragraph Forty Three of the First Amended Complaint.

44. Defendant, The Food Depot, LLC, denies the allegations of Paragraph Forty Four of the First Amended Complaint.

**WHEREFORE,** Defendant, The Food Depot, LLC, demand judgment dismissing the Complaint for failure to state a cause of action upon which relief can be granted together with counsel fees and costs.

### COUNT III-NEGLIGENCE

45. Defendant, The Food Depot, LLC, repeat each and every answer to the allegations in paragraphs 1-44 of the First Amended Complaint as if same were set forth at length herein.

46. Defendant, The Food Depot, LLC, denies the allegations of Paragraph Forty Six of the First Amended Complaint.

47. Defendant, The Food Depot, LLC, denies the allegations of Paragraph Forty Seven of the First Amended Complaint.

48. Defendant, The Food Depot, LLC, denies the allegations of Paragraph Forty Eight of the First Amended Complaint.

**WHEREFORE,** Defendant, The Food Depot, LLC, demand judgment dismissing the Complaint for failure to state a cause of action upon which relief can be granted together with counsel fees and costs.

VELLOZZI & ASSOCIATES, LLC.<br>
Attorney for Defendant

Dated: December 3, 2025

_____
Noemio A. Vellozzi, Esq.

## CROSS-CLAIM FOR COMMON LAW INDEMNIFICATION

While not admitting liability herein, if it is determined Defendants, were guilty of negligence, such negligence was vicarious, passive and secondary, and that it was the negligence of all co-defendants which was the active, primary and the proximate cause of plaintiff's damages; and answering Defendants hereby demand indemnification against said co-defendants for the amount of any judgment as against answering defendant herein and costs.

## CROSS-CLAIM FOR CONTRACTUAL INDEMNIFICATION

Defendant, The Food Depot, LLC, denies any and all liability to Plaintiff herein, and the answering Defendant hereby demands contractual indemnification from the co-defendants; and the answering defendant hereby demands indemnification against said co-defendants, for the amount of any judgment as against answering Defendant herein, together with costs, fees and disbursements.

## AFFIRMATIVE DEFENSES

1. Plaintiff was guilty of contributory negligence and such negligence was greater than the negligence of this defendant. In the event such contributory negligence is adjudged to be not greater than the negligence of defendant, the answering defendant demands that the plaintiffs' damages be diminished by the percentage of the plaintiffs' contributory negligence under the Comparative Negligence Act, N.J.S.A 2A: 15-5-1, et seq.

2. Defendant was guilty of no negligence.

3. The injuries and/or damages sustained by plaintiff were solely the result of negligence of third persons over whom the answering defendant had no control.

4. Plaintiff has failed to state a cause of action upon which relief can be granted.

5. The injuries and/or damages alleged by plaintiff were not proximately caused by the conduct of the answering Defendant.

6. Any loss, injury or damage sustained by plaintiff was due to their own negligence.

7. The incident which forms the basis for this litigation which allegedly caused injuries and damage to plaintiff was proximately caused or contributed to by the fault of third persons not parties to this litigation.

8. The responsibility of defendant filing this Answer and the right of plaintiff to recover in this litigation can only be determined after the percentage of responsibility of all parties to this incident are determined, whether or not parties to this litigation. Accordingly, this defendant seeks an adjudication of the percentage of fault of the plaintiffs and each and every other person whose fault contributed to the incident.

12. Plaintiff is barred from maintaining this action by application of the Doctrine of Laches.

13. Plaintiff failed to mitigate their damages.

14. Plaintiff is barred from maintaining this action by application of the Doctrine of Collateral Estoppel and Equitable Estoppel.

15. This action or parts of this action are barred by the Statute of Limitations.

16. Any recovery by plaintiff herein must be reduced by amounts received from collateral sources.

17. The actions and inactions of defendant were reasonable.

18. Defendant has been damaged by other Defendants.

19. Plaintiff is barred from recovery in this action by the Doctrine of Avoidable Consequences.

20. Any recovery by Plaintiffs herein must be reduced by amounts received from collateral sources.

21. Defendant, The Food Depot, LLC , breached no duty owed to the Plaintiffs by operation of contract or law.

22. The Defendant, The Food Depot, LLC., reserve the right, pending the completion of discovery herein, to assert such additional defenses as may exist.

23. Plaintiffs Complaint against The Food Depot, LLC , is frivolous in accordance with N.J.S.A. 2A:15-59.1 and this Defendant preserve their right to request attorneys' fees and costs pursuant thereto.

**WHEREFORE,** Defendant, demand Judgment dismissing the Complaint against The Food Depot, LLC, together with attorney's fees, costs and such other relief as this court deems just and proper.

VELLOZZI & ASSOCIATES, LLC.
Attorney for Defendant

_____
Noemio A. Vellozzi, Esq.

Dated: December 3 , 2025